UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Civil Action No.: 3:11-cv-00116-JFA

| | |
|---|---|
| HILEX POLY COMPANY, LLC, <br> SUPERBAG OPERATING, LTD., <br> ADVANCE POLYBAG, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHICOECO, INC., doing business as CHICOBAG, <br><br> Defendant. | **HILEX POLY COMPANY, LLC RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Pursuant to Local Rule 26.01, Plaintiff, Hilex Poly Company, LLC, answers as follows:

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

ANSWER:     Hilex Poly Company, LLC is currently unaware of any person with a subrogation interest in this matter.

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

ANSWER:     Plaintiffs have filed a claim for injunctive relief which should be heard by the Court.  In addition, Plaintiffs have demanded a jury trial for all other claims so triable.

(C)     State whether the party submitting these responses is a publicly owned company and separately identify:  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

ANSWER:     Hilex Poly Company, LLC is a privately owned company.

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

ANSWER:      This matter was filed in the Columbia Division as certain of the acts complained of occurred in this district and division.

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related

action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

ANSWER:  This action is not related to any other matter pending in the United States District Court for the District of South Carolina.

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

ANSWER:  Hilex Poly Company, LLC believes that the Defendant has been properly identified.

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

ANSWER:  Plaintiffs have asserted claims against the Defendant in this action and those set forth potential grounds for liability in this matter.

By: s/ Jennifer L. Mallory

James K. Lehman
Federal Bar No. 5378
Mark C. Dukes
Federal Bar No. 5158
Jennifer L. Mallory
Federal Bar No. 7435
Derek Shoemake
Federal Bar No. 10825
Nelson, Mullins, Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000

Attorneys for Plaintiff Hilex Poly Company, LLC

Columbia, South Carolina
January 14, 2011