# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Hilex Poly Company, LLC, Superbag Operating, Ltd., and Advance Polybag, Inc., | )<br>)<br>) C.A. No.: 3:11-cv-00116-JFA |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| ChicoEco, Inc. d/b/a ChicoBag, | ) |
| Defendant. | ) |

In a case pending before this Court, Defendant ChicoEco, Inc. ("ChicoBag") has requested from the Plaintiff Hilex Poly Company, LLC ("Hilex Poly") documents relating to the antidumping petitions filed by Hilex Poly and others before the U.S. International Trade Commission and the U.S. Department of Commerce against importers of polyethylene retail carrier bags from Indonesia, Taiwan, Vietnam, China, Malaysia, and Thailand. Specifically, ChicoBag has requested a transcript of the closed session before the ITC and an unredacted report prepared by the ITC regarding these petitions. Hilex Poly has indicated that it is unable to produce such documents because it does not have access to them, but Hilex Poly has informed the court that it consents to ChicoBag's attempt to attain these documents from other sources.

This Court finds that the requested documents are discoverable and that they may lead to relevant evidence in this case.

IT IS SO ORDERED.

September 1, 2011         Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge